UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 10-510 JVS (VBKx) | Date | August 19, 2010 |
| Title | Chris Szeles v. Auroa Bank FSB, et al. | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order to Appear and Show Cause

   Defendants have filed a motion to dismiss under Federal Rule of Civil Procedure 41(b), calendared for hearing on August 23, 2010 at 1:30 p.m.  Plaintiff Chris Szeles has not opposed the motion, nor has he filed a notice of non-opposition as required by Local Rule 7-16.

   Plaintiff's counsel Gary W. Patton shall appear at the hearing and show cause why he should not be sanctioned for failure to comply with the Local Rules.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | kjt | | |