JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Chris Szeles, | ) | SACV 10-00510-JVS(VBKx) |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL FOR |
| | ) | |
| v. | ) | LACK OF PROSECUTION |
| | ) | |
| Lehman Brothers Bank, FSB, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The Court, having continued, on July 23, 2010, the Scheduling Conference for hearing on September 13, 2010 at 1:30 p.m., and the Court having held a hearing on September 13, 2010 and plaintiff not having made an appearance and not having prepared a Rule 26(f) Report required by the Federal and Local Rules, HEREBY ORDERS this action dismissed, without prejudice, for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: September 22, 2010

_____
James V. Selna
United States District Judge